**FILED - GR**

January 6, 2026 10:00 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: JW/1-6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JAMES PHILLIP SCHOLTEN,

Defendant.

_____/

**1:26-cr-01**
Jane M. Beckering
U.S. District Judge

**FELONY INFORMATION**

The United States Attorney charges:

(Tax Evasion)

On or about March 3, 2022, in Kent County, in the Southern Division of the Western District of Michigan, Defendant,

JAMES PHILLIP SCHOLTEN,

a resident of Kent County, Michigan, willfully attempted to evade and defeat income tax due and owing by him and his spouse to the United States of America, for the calendar year 2021, by causing to be prepared and signed a false and fraudulent U.S. Individual Income Tax Return on Form 1040 that was submitted to the Internal Revenue Service. On that tax return, Defendant reported that his and his spouse's joint taxable income for the calendar year 2021 was $25,988 and that the amount of tax due and owing was $2,465. In fact, as Defendant knew, Defendant and his spouse had taxable income for the calendar year 2021 that was greater than the amount reported on the tax return, and because of such additional $610,818 in taxable

income, there was additional tax due and owing to the United States of America in the amount of $172,618.

**26 U.S.C. § 7201**

TIMOTHY VERHEY
United States Attorney

Date: January 6, 2026

CHRISTOPHER M. O'CONNOR
Assistant United States Attorney